# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GABRIEL GUTIERREZ VARON,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

Respondents.

CASE NO. 5:26-cv-02282-MCS-SK

**ORDER ACCEPTING REPORT AND RECOMMENDATION TO DENY IN PART AND DISMISS IN PART HABEAS PETITION**

In accordance with 28 U.S.C. § 636, the Court has reviewed the filed Report and Recommendation (R&R) to Deny in Part and Dismiss in Part Habeas Petition and any pertinent records as needed. Petitioner filed no timely objections to the R&R. The Court thus accepts the recommendation and orders that the petition under 28 U.S.C. § 2241 be DENIED IN PART and DISMISSED IN PART for the reasons stated in the R&R. Judgment dismissing this action will be entered accordingly.

IT IS SO ORDERED.

DATED: June 29, 2026

Mark C. Scarsi

MARK C. SCARSI
United States District Judge