**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GABRIEL GUTIERREZ VARON,<br>Petitioner,<br>v.<br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br>Respondents. | CASE NO. 5:26-cv-02282-MCS-SK<br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation to Deny in Part and Dismiss in Part Habeas Petition, **IT IS ADJUDGED** that this action under 28 U.S.C. § 2241 is dismissed.

The Clerk of Court is instructed to close the case.

IT IS SO ORDERED.

DATED: June 29, 2026

Mark C. Scarsi

MARK C. SCARSI
United States District Judge